UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY E. VAUGHN, <br><br> Petitioner, <br><br> v. <br><br> PATRICK GLEBE, <br><br> Respondent. | CASE NO. C15-5202 BHS-DWC <br><br> REPORT AND RECOMMENDATION <br><br> NOTED FOR: <br> MAY 29, 2015 |

The District Court has referred this 28 U.S.C. § 2254 petition for a writ of habeas corpus to United States Magistrate Judge David W. Christel. Before the Court is Petitioner's motion to proceed *in forma pauperis*.

The right to proceed in forma pauperis is not absolute. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990). Proceeding *in forma pauperis* is a matter within the sound discretion of the trial court in civil actions. *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963). Here, Petitioner provides his prison trust account summary showing an average spendable balance of forty-one

REPORT AND RECOMMENDATION - 1

1 | dollars and eighty-eight cents ($41.88). Dkt. 3. Petitioner can afford to pay the five dollar filing

2 | fee. Accordingly, the Court recommends denial of the motion to proceed in forma pauperis.

3 |       Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

4 | fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.

5 | 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *See*

6 | 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the

7 | clerk is directed to set the matter for consideration on May 29, 2015, as noted in the caption.

8 |       Dated this 24th day of April, 2015.

*[signature]*

David W. Christel
United States Magistrate Judge