UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY E. VAUGHN,

               Petitioner,

v.

PATRICK GLEBE,

               Respondent.

CASE NO. C15-5202 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    The Court denies Petitioner's application to proceed IFP. Petitioner must pay the full five-dollar filing fee within thirty days of entry of this order. If Petitioner fails to pay the full five-dollar filing fee the Court directs the Clerk's office to dismiss this action and close this case.

Dated this 8th day of June, 2015.

                                                  BENJAMIN H. SETTLE
                                                  United States District Judge

ORDER